UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE INITIAL PUBLIC OFFERING
SECURITIES LITIGATION

Master File No. 21 MC 92 (SAS)

THIS DOCUMENT RELATES TO:

01 Civ. 2359; 01 Civ. 3225; 01 Civ. 3360; 01 Civ.
3910; 01 Civ. 5143; 01 Civ. 5644; 01 Civ. 5838;
01 Civ. 6000; 01 Civ. 6008; 01 Civ. 6120; 01 Civ.
6271; 01 Civ. 6277; 01 Civ. 6322; 01 Civ. 6747;
01 Civ. 6846; 01 Civ. 6870; 01 Civ. 7002; 01 Civ.
7046; 01 Civ. 7247; 01 Civ. 7344; 01 Civ. 9618;
01 Civ. 9651; 01 Civ. 9797; 01 Civ. 9799; 01 Civ.
9800; 01 Civ. 10040; 01 Civ. 10051; 01 Civ.
10075; 01 Civ. 10092; 01 Civ. 10108; 01 Civ.
10140; 01 Civ. 10161, 01 Civ. 10738; 01 Civ.
10753; 01 Civ. 10838; 01 Civ. 10867; 01 Civ.
10884; 01 Civ. 11230, 01 Civ. 11234

## STIPULATION AND NOTICE OF DISMISSAL

WHEREAS, counsel for the plaintiffs and certain individual defendants listed on

Schedule 1 (collectively, the "Tolling Parties") in the above-captioned actions have executed

Reservation of Rights and Tolling Agreements ("Tolling Agreements") substantially similar to

the form annexed hereto as Exhibit A;

WHEREAS, each of the Tolling Agreements provide for dismissal without prejudice and

without costs pursuant to Fed. R. Civ. P. 41(a)(1) of all claims against certain individual

defendants;

WHEREAS, counsel for each of the Tolling Parties have executed the annexed

Stipulation and Orders of Dismissal ("Stipulations"), dismissing the above-captioned actions

without prejudice and without costs as to certain individual defendants listed on Schedule 1;

ny-785306

IT IS HEREBY STIPULATED AND AGREED that the above-captioned actions are dismissed without prejudice as to the individual defendants listed on Schedule 1, and dismissed pursuant to the Opinion and Order dated February 19, 2003, as to the individual defendants listed on Schedule 2. The dismissal of the above-captioned action is without costs to the individual defendants listed on Schedules 1 and 2.

Dated:  January 12, 2009
        New York, New York

**BERNSTEIN LIEBHARD LLP**

*[signature]*
Stanley D. Bernstein
(*bernstein@bernlieb.com*)
Rebecca M. Katz (*katz@bernlieb.com*)
Christian Siebott *(siebott@bernlieb.com)*
10 East 40th Street
New York, NY  10016
Tel.: (212) 779-1414

**BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP**
David Kessler (*dkessler@btkmc.com*)
280 King of Prussia Road
Radnor, Pennsylvania  19087
Tel.: (610) 667-7706

**SIROTA & SIROTA LLP**
Howard B. Sirota (*howard@sirotalaw.com*)
260 Madison Avenue
New York, New York  10016
Tel.: (212) 425-9055

**MILBERG LLP**
Robert A. Wallner (*rwallner@milberg.com*)
Ariana J. Tadler (*atadler@milberg.com*)
Peter G.A. Safirstein (*psafirstein@milberg.com*)
One Pennsylvania Plaza
New York, New York  10119-0165
Tel.: (212) 594-5300

**STULL STULL & BRODY**
Jules Brody (*jbrody@ssbny.com*)
Menashe Shapiro (*mshapiro@ssbny.com*)
6 East 45th Street
New York, New York  10017
Tel.: (212) 687-7230

**WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP**
Fred Taylor Isquith (*isquith@whafh.com*)
Thomas H. Burt (*burt@whafh.com*)
270 Madison Avenue
New York, New York  10016
Tel.: (212) 545-4600

**Plaintiffs' Executive Committee**

**CADWALADER, WICKERSHAM &
TAFT**

Gregory A. Markel *(greg.markel@cwt.com)*
Ronit Setton *(ronit.setton@cwt.com)*
Kate Hooker *(kate.hooker@cwt.com)*
One World Financial Center
New York, New York 10281
Tel.: (212) 504-6000

*Attorneys for* Anthony T. Maher and Lip-Bu
Tan (Accelerated Networks individual
defendants); Eric D. Stonestrom (Airspan
Networks, Inc. individual defendant); Mark R.
Ross (Autoweb.com individual defendant);
Felix Lin (Avantgo, Inc. individual defendant);
Howard Schultz (Drugstore.com, Inc.
individual defendant); Andrew S. Rachleff
(Equinix, Inc. individual defendant); Michael
Scott Leslie (Flashnet Comm., Inc. individual
defendant); John Oltman and Mark Tebbe
(Lante Corp. individual defendants); Glenn A.
Etherington and James P. Janicki (Metasolv
Software, Inc. individual defendants); Lennert
J. Leader, Philip Callaghan, and Philip Scheps
(Multex individual defendants); Richard C. St.
Peter (PurchasePro.com, Inc. individual
defendant); Edward A. Cespedes and Stephan
J. Paternot (theGlobe.com, Inc. individual
defendants); C. Ian S.M. Smith, Michael R.
Rodrigues, and Nicholas E. Sinacori
(Tickets.com, Inc. individual defendants); Raja
H. Venkatesh (Viador, Inc. individual
defendant)

**COOLEY GODWARD KRONISH LLP**

William S. Freeman *(freemanws@cooley.com)*
William Grauer (*grauerwe@cooley.com*)
Angela L. Dunning *(adunning@cooley.com)*
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel.: (650) 843-5000

*Attorneys for* Chris Branscum, Kenneth Kenitzer,
and Timothy Marcotte (Repeater Technologies,
Inc. individual defendants)

3

**CADWALADER, WICKERSHAM & TAFT**

Gregory A. Markel *(greg.markel@cwt.com)*
Ronit Setton *(ronit.setton@cwt.com)*
Kate Hooker *(kate.hooker@cwt.com)*
One World Financial Center
New York, New York 10281
Tel.: (212) 504-6000

*Attorneys for* Anthony T. Maher and Lip-Bu Tan (Accelerated Networks individual defendants); Eric D. Stonestrom (Airspan Networks, Inc. individual defendant); Mark R. Ross (Autoweb.com individual defendant); Felix Lin (Avantgo, Inc. individual defendant); Howard Schultz (Drugstore.com, Inc. individual defendant); Andrew S. Rachleff (Equinix, Inc. individual defendant); Michael Scott Leslie (Flashnet Comm., Inc. individual defendant); John Oltman and Mark Tebbe (Lante Corp. individual defendants); Glenn A. Etherington and James P. Janicki (Metasolv Software, Inc. individual defendants); Lennert J. Leader, Philip Callaghan, and Philip Scheps (Multex individual defendants); Richard C. St. Peter (PurchasePro.com, Inc. individual defendant); Edward A. Cespedes and Stephan J. Paternot (theGlobe.com, Inc. individual defendants); C. Ian S.M. Smith, Michael R. Rodrigues, and Nicholas E. Sinacori (Tickets.com, Inc. individual defendants); Raja H. Venkatesh (Viador, Inc. individual defendant)

**COOLEY GODWARD KRONISH LLP**

William S. Freeman *(freemanws@cooley.com)*
William Grauer *(grauerwe@cooley.com)*
Angela L. Dunning *(adunning@cooley.com)*
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel.: (650) 843-5000

*Attorneys for* Chris Branscum, Kenneth Kenitzer, and Timothy Marcotte (Repeater Technologies, Inc. individual defendants)

3

**COX, CASTLE & NICHOLSON LLP**

Jonathan S. Kitchen *(jkitchen@coxcastle.com)*
555 California Street, 10th Floor
San Francisco, CA 94104-1513
Tel.: (415) 262-5168

*Attorneys for* Richard Heaps (Clarent Corp.
individual defendant)

**DEBEVOISE & PLIMPTON LLP**

Andrew J. Ceresney *(ajceresney@debevoise.com)*
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000

*Attorneys for* Jack C. Chen and Fernando J.
Espuelas (Starmedia individual defendants)

**DLA PIPER US LLP**

Shirli Fabbri Weiss
*(shirli.weiss@dlapiper.com)*
David A. Priebe
*(david.priebe@dlapiper.com)*
2000 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 833-2000

*Attorneys for* Mark Culhane (iManage, Inc.
individual defendant)

**GREENBERG TRAURIG LLP**

Ronald D. Lefton *(leftonr@gtlaw.com)*
Toby S. Soli *(solit@gtlaw.com)*
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-9200

*Attorneys for* Alan J. Hirschfield, Allan R.
Tessler, and Mark F. Imperiale
(Marketwatch.com, Inc. individual defendants);
Addison Fischer and Michael S. Battaglia
(SmartDisk Corporation individual defendant)

**KAYE SCHOLER LLP**

Jane W. Parver *(jparver@kayescholer.com)*
425 Park Avenue
New York, NY 10022
Tel.: (212) 836-8000

*Attorneys for* Raul Alarcon, Jr., Pablo Raul
Alarcon, Sr., and Joseph A. Garcia (Spanish
Broadcasting System, Inc. individual
defendants)

**MAYER BROWN LLP**

Joseph De Simone
*(jdesimone@mayerbrown.com)*
Leslie Chebli
*(lchebli@mayerbrown.com)*
1675 Broadway
New York, NY 10019-5820
Tel.: (212) 506-2500

*Attorneys for* Michael W. Ferro, Jr. and Rebecca
S. Maskey (Click Commerce, Inc. individual
defendants)

**COX, CASTLE & NICHOLSON LLP**

Jonathan S. Kitchen *(jkitchen@coxcastle.com)*
555 California Street, 10th Floor
San Francisco, CA 94104-1513
Tel.: (415) 262-5168

*Attorneys for* Richard Heaps (Clarent Corp. individual defendant)

**DEBEVOISE & PLIMPTON LLP**

Andrew J. Ceresney *(ajceresney@debevoise.com)*
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000

*Attorneys for* Jack C. Chen and Fernando J. Espuelas (Starmedia individual defendants)

**DLA PIPER US LLP**

Shirli Fabbri Weiss
*(shirli.weiss@dlapiper.com)*
David A. Priebe
*(david.priebe@dlapiper.com)*
2000 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 833-2000

*Attorneys for* Mark Culhane (iManage, Inc. individual defendant)

**GREENBERG TRAURIG LLP**

Ronald D. Lefton *(leftonr@gtlaw.com)*
Toby S. Soli *(solit@gtlaw.com)*
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-9200

*Attorneys for* Alan J. Hirschfield, Allan R. Tessler, and Mark F. Imperiale (Marketwatch.com, Inc. individual defendants); Addison Fischer and Michael S. Battaglia (SmartDisk Corporation individual defendant)

**KAYE SCHOLER LLP**

Jane W. Parver *(jparver@kayescholer.com)*
425 Park Avenue
New York, NY 10022
Tel.: (212) 836-8000

*Attorneys for* Raul Alarcon, Jr., Pablo Raul Alarcon, Sr., and Joseph A. Garcia (Spanish Broadcasting System, Inc. individual defendants)

**MAYER BROWN LLP**

Joseph De Simone
*(jdesimone@mayerbrown.com)*
Leslie Chebli
*(lchebli@mayerbrown.com)*
1675 Broadway
New York, NY 10019-5820
Tel.: (212) 506-2500

*Attorneys for* Michael W. Ferro, Jr. and Rebecca S. Maskey (Click Commerce, Inc. individual defendants)

ny-785306

4

**COX, CASTLE & NICHOLSON LLP**

Jonathan S. Kitchen *(jkitchen@coxcastle.com)*
555 California Street, 10th Floor
San Francisco, CA 94104-1513
Tel.: (415) 262-5168

*Attorneys for* Richard Heaps (Clarent Corp.
individual defendant)

**DLA PIPER US LLP**

Shirli Fabbri Weiss
*(shirli.weiss@dlapiper.com)*
David A. Priebe
*(david.priebe@dlapiper.com)*
2000 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 833-2000

*Attorneys for* Mark Culhane (iManage, Inc.
individual defendant)

**KAYE SCHOLER LLP**

Jane W. Parver *(jparver@kayescholer.com)*
425 Park Avenue
New York, NY 10022
Tel.: (212) 836-8000

*Attorneys for* Raul Alarcon, Jr., Pablo Raul
Alarcon, Sr., and Joseph A. Garcia (Spanish
Broadcasting System, Inc. individual
defendants)

**DEBEVOISE & PLIMPTON LLP**

Andrew J. Ceresney *(ajceresney@debevoise.com)*
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000

*Attorneys for* Jack C. Chen and Fernando J.
Espuelas (Starmedia individual defendants)

**GREENBERG TRAURIG LLP**

Ronald D. Lefton *(leftonr@gtlaw.com)*
Toby S. Soli *(solit@gtlaw.com)*
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-9200

*Attorneys for* Alan J. Hirschfield, Allan R.
Tessler, and Mark F. Imperiale
(Marketwatch.com, Inc. individual defendants);
Addison Fischer and Michael S. Battaglia
(SmartDisk Corporation individual defendant)

**MAYER BROWN LLP**

Joseph De Simone
*(jdesimone@mayerbrown.com)*
Leslie Chebli
*(lchebli@mayerbrown.com)*
1675 Broadway
New York, NY 10019-5820
Tel.: (212) 506-2500

*Attorneys for* Michael W. Ferro, Jr. and Rebecca
S. Maskey (Click Commerce, Inc. individual
defendants)

**COX, CASTLE & NICHOLSON LLP**

Jonathan S. Kitchen *(jkitchen@coxcastle.com)*
555 California Street, 10th Floor
San Francisco, CA 94104-1513
Tel.: (415) 262-5168

*Attorneys for* Richard Heaps (Clarent Corp.
individual defendant)


**DEBEVOISE & PLIMPTON LLP**

Andrew J. Ceresney *(ajceresney@debevoise.com)*
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000

*Attorneys for* Jack C. Chen and Fernando J.
Espuelas (Starmedia individual defendants)


**DLA PIPER US LLP**

Shirli Fabbri Weiss
*(shirli.weiss@dlapiper.com)*
David A. Priebe
*(david.priebe@dlapiper.com)*
2000 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 833-2000

*Attorneys for* Mark Culhane (iManage, Inc.
individual defendant)


**GREENBERG TRAURIG LLP**

Ronald D. Lefton *(leftonr@gtlaw.com)*
Toby S. Soli *(solit@gtlaw.com)*
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-9200

*Attorneys for* Alan J. Hirschfield, Allan R.
Tessler, and Mark F. Imperiale
(Marketwatch.com, Inc. individual defendants);
Addison Fischer and Michael S. Battaglia
(SmartDisk Corporation individual defendant)


**KAYE SCHOLER LLP**

Jane W. Parver *(jparver@kayescholer.com)*
425 Park Avenue
New York, NY 10022
Tel.: (212) 836-8000

*Attorneys for* Raul Alarcon, Jr., Pablo Raul
Alarcon, Sr., and Joseph A. Garcia (Spanish
Broadcasting System, Inc. individual
defendants)


**MAYER BROWN LLP**

Joseph De Simone
*(jdesimone@mayerbrown.com)*
Leslie Chebli
*(lchebli@mayerbrown.com)*
1675 Broadway
New York, NY 10019-5820
Tel.: (212) 506-2500

*Attorneys for* Michael W. Ferro, Jr. and Rebecca
S. Maskey (Click Commerce, Inc. individual
defendants)

**COX, CASTLE & NICHOLSON LLP**

**DEBEVOISE & PLIMPTON LLP**

Jonathan S. Kitchen *(jkitchen@coxcastle.com)*
555 California Street, 10th Floor
San Francisco, CA 94104-1513
Tel.: (415) 262-5168

*Attorneys for* Richard Heaps (Clarent Corp. individual defendant)

Andrew J. Ceresney *(ajceresney@debevoise.com)*
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000

*Attorneys for* Jack C. Chen and Fernando J. Espuelas (Starmedia individual defendants)

**DLA PIPER US LLP**

**GREENBERG TRAURIG LLP**

Shirli Fabbri Weiss
*(shirli.weiss@dlapiper.com)*
David A. Priebe
*(david.priebe@dlapiper.com)*
2000 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 833-2000

*Attorneys for* Mark Culhane (iManage, Inc. individual defendant)

Ronald D. Lefton *(leftonr@gtlaw.com)*
Toby S. Soli *(solit@gtlaw.com)*
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-9200

*Attorneys for* Alan J. Hirschfield, Allan R. Tessler, and Mark F. Imperiale (Marketwatch.com, Inc. individual defendants); Addison Fischer and Michael S. Battaglia (SmartDisk Corporation individual defendant)

**KAYE SCHOLER LLP**

**MAYER BROWN LLP**

Jane W. Parver *(jparver@kayescholer.com)*
425 Park Avenue
New York, NY 10022
Tel.: (212) 836-8000

*Attorneys for* Raul Alarcon, Jr., Pablo Raul Alarcon, Sr., and Joseph A. Garcia (Spanish Broadcasting System, Inc. individual defendants)

Joseph De Simone
*(jdesimone@mayerbrown.com)*
Leslie Chebli
*(lchebli@mayerbrown.com)*
1675 Broadway
New York, NY 10019-5820
Tel.: (212) 506-2500

*Attorneys for* Michael W. Ferro, Jr. and Rebecca S. Maskey (Click Commerce, Inc. individual defendants)

**COX, CASTLE & NICHOLSON LLP**

Jonathan S. Kitchen *(jkitchen@coxcastle.com)*
555 California Street, 10th Floor
San Francisco, CA 94104-1513
Tel.: (415) 262-5168

*Attorneys for* Richard Heaps (Clarent Corp.
individual defendant)

**DEBEVOISE & PLIMPTON LLP**

Andrew J. Ceresney *(ajceresney@debevoise.com)*
919 Third Avenue
New York, NY 10022
Tel.: (212) 909-6000

*Attorneys for* Jack C. Chen and Fernando J.
Espuelas (Starmedia individual defendants)

**DLA PIPER US LLP**

Shirli Fabbri Weiss
*(shirli.weiss@dlapiper.com)*
David A. Priebe
*(david.priebe@dlapiper.com)*
2000 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 833-2000

*Attorneys for* Mark Culhane (iManage, Inc.
individual defendant)

**GREENBERG TRAURIG LLP**

Ronald D. Lefton *(leftonr@gtlaw.com)*
Toby S. Soli *(solit@gtlaw.com)*
200 Park Avenue
New York, NY 10166
Tel.: (212) 801-9200

*Attorneys for* Alan J. Hirschfield, Allan R.
Tessler, and Mark F. Imperiale
(Marketwatch.com, Inc. individual defendants);
Addison Fischer and Michael S. Battaglia
(SmartDisk Corporation individual defendant)

**KAYE SCHOLER LLP**

Jane W. Parver *(jparver@kayescholer.com)*
425 Park Avenue
New York, NY 10022
Tel.: (212) 836-8000

*Attorneys for* Raul Alarcon, Jr., Pablo Raul
Alarcon, Sr., and Joseph A. Garcia (Spanish
Broadcasting System, Inc. individual
defendants)

**MAYER BROWN LLP**

Joseph De Simone
*(desimone@mayerbrown.com)*
Leslie Chebli
*(lchebli@mayerbrown.com)*
1675 Broadway
New York, NY 10019-5820
Tel.: (212) 506-2500

*Attorneys for* Michael W. Ferro, Jr. and Rebecca
S. Maskey (Click Commerce, Inc. individual
defendants)

**MCDERMOTT WILL & EMERY LLP**

Amanda J. Metts *(ametts@mwe.com)*
Mark W. Pearlstein *(mpearlstein@mwe.com)*
28 State Street
Boston, MA 02109
Tel.: (617) 535-4000

*Attorneys for* Steven Benson and Paul K. Zurlo
(MCK Communications, Inc. individual
defendants)

**MORGAN, LEWIS & BOCKIUS LLP**

Carolyn W. Jaffe *(cjaffe@morganlewis.com)*
101 Park Avenue
New York, New York 10178
Tel.: (212) 309-6000

*Attorneys for* Douglas O. Reudink (Metawave
Communications Corp. individual defendant)

**MORRISON & FOERSTER LLP**

Jack C. Auspitz *(jauspitz@mofo.com)*
Joel C. Haims *(jhaims@mofo.com)*
Angela T. Rella *(arella@mofo.com)*
1290 Avenue of the Americas
New York, New York 10104
Tel.: (212) 468-8000

*Attorneys for* Daniel Roche (Integrated
Information Systems, Inc. individual
defendant); Gary D. Kennedy (Tenfold
Corporation individual defendant)

**QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP**

Rex Lee *(rexlee@quinnemanuel.com)*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000

*Attorneys for* Lee Hamilton (AirNet
Communications Corporation individual
defendant)

**MCDERMOTT WILL & EMERY LLP**

Amanda J. Metts *(ametts@mwe.com)*
Mark W. Pearlstein *(mpearlstein@mwe.com)*
28 State Street
Boston, MA 02109
Tel.: (617) 535-4000

*Attorneys for* Steven Benson and Paul K. Zurlo
(MCK Communications, Inc. individual
defendants)

**MORRISON & FOERSTER LLP**

Jack C. Auspitz *(jauspitz@mofo.com)*
Joel C. Haims *(jhaims@mofo.com)*
Angela T. Rella *(arella@mofo.com)*
1290 Avenue of the Americas
New York, New York 10104
Tel.: (212) 468-8000

*Attorneys for* Daniel Roche (Integrated
Information Systems, Inc. individual
defendant); Gary D. Kennedy (Tenfold
Corporation individual defendant)

**MORGAN, LEWIS & BOCKIUS LLP**

Carolyn W. Jaffe *(cjaffe@morganlewis.com)*
101 Park Avenue
New York, New York 10178
Tel.: (212) 309-6000

*Attorneys for* Douglas O. Reudink (Metawave
Communications Corp. individual defendant)

**QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP**

Rex Lee *(rexlee@quinnemanuel.com)*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000

*Attorneys for* Lee Hamilton (AirNet
Communications Corporation individual
defendant)

**MCDERMOTT WILL & EMERY LLP**

Amanda J. Metts *(ametts@mwe.com)*
Mark W. Pearlstein *(mpearlstein@mwe.com)*
28 State Street
Boston, MA  02109
Tel.:  (617) 535-4000

*Attorneys for* Steven Benson and Paul K. Zurlo
(MCK Communications, Inc. individual
defendants)

**MORRISON & FOERSTER LLP**

Jack C. Auspitz *(jauspitz@mofo.com)*
Joel C. Haims *(jhaims@mofo.com)*
Angela T. Rella *(arella@mofo.com)*
1290 Avenue of the Americas
New York, New York  10104
Tel.:  (212) 468-8000

*Attorneys for* Daniel Roche (Integrated
Information Systems, Inc. individual
defendant); Gary D. Kennedy (Tenfold
Corporation individual defendant)

**MORGAN, LEWIS & BOCKIUS LLP**

Carolyn W. Jaffe *(cjaffe@morganlewis.com)*
101 Park Avenue
New York, New York  10178
Tel.:  (212) 309-6000

*Attorneys for* Douglas O. Reudink (Metawave
Communications Corp. individual defendant)

**QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP**

Rex Lee *(rexlee@quinnemanuel.com)*
51 Madison Avenue, 22nd Floor
New York, NY  10010
Tel.:  (212) 849-7000

*Attorneys for* Lee Hamilton (AirNet
Communications Corporation individual
defendant)

**MCDERMOTT WILL & EMERY LLP**

Amanda J. Metts *(ametts@mwe.com)*
Mark W. Pearlstein *(mpearlstein@mwe.com)*
28 State Street
Boston, MA 02109
Tel.: (617) 535-4000

*Attorneys for* Steven Benson and Paul K. Zurlo
(MCK Communications, Inc. individual
defendants)

**MORRISON & FOERSTER LLP**

Jack C. Auspitz *(jauspitz@mofo.com)*
Joel C. Haims *(jhaims@mofo.com)*
Angela T. Rella *(arella@mofo.com)*
1290 Avenue of the Americas
New York, New York 10104
Tel.: (212) 468-8000

*Attorneys for* Daniel Roche (Integrated
Information Systems, Inc. individual
defendant); Gary D. Kennedy (Tenfold
Corporation individual defendant)

**MORGAN, LEWIS & BOCKIUS LLP**

Carolyn W. Jaffe *(cjaffe@morganlewis.com)*
101 Park Avenue
New York, New York 10178
Tel.: (212) 309-6000

*Attorneys for* Douglas O. Reudink (Metawave
Communications Corp. individual defendant)

**QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP**

Rex Lee *(rexlee@quinnemanuel.com)*
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel.: (212) 849-7000

*Attorneys for* Lee Hamilton (AirNet
Communications Corporation individual
defendant)

**WILMER CUTLER PICKERING HALE AND DORR LLP**

**STEVEN J. HELLER**

*Joanne Monteavaro*

—————————————————
Joanne Monteavaro
*(joanne.monteavaro@wilmerhale.com)*
399 Park Avenue
New York, NY 10022
Tel.: (212) 230-8800

*Attorneys for* C. Wayne Cape and F. Barron Hughes (Optio Software, Inc. individual defendants)

—————————————————
Steven J. Heller (*sjheller@yahoo.com*)
130 Tanjong Rhu Rd. #06-05
Pebble Bay
Singapore 436918
Tel.: +65-8223-1727

(Starmedia Network, Inc. individual defendant)

**WILMER CUTLER PICKERING HALE & DORR LLP**

**STEVEN J. HELLER**

_____

Joanne Monteavaro
(*joanne.monteavaro@wilmerhale.com*)
399 Park Avenue
New York, NY 10022
Tel.: (212) 230-8800

_____

Steven J. Heller (*sjheller@yahoo.com*)
130 Tanjong Rhu Rd. #06-05
Pebble Bay
Singapore 436918
Tel.: +65-8223-1727

*Attorneys for* C. Wayne Cape and F. Barron Hughes (Optio Software, Inc. individual defendants)

(Starmedia Network, Inc. individual defendant)

**ROPES & GRAY LLP**

John P. Bueker *(john.bueker@ropesgray.com)*
Randall W. Bodner
*(randall.bodner@ropesgray.com)*
One International Place
Boston, MA 02110-2624
Tel.: (617) 951-7951

*Attorneys for* Paul Walker and Richard Smith
(SMTC Corporation individual defendants)

**SHEARMAN & STERLING LLP**

Justin S. Chang *(jchang@shearman.com)*
Jeffrey S. Facter *(jfacter@shearman.com)*
525 Market Street, 15th Floor
San Francisco, CA 94105
Tel.: (415) 616-1100

*Attorneys for* Edward Kinsey (Ariba, Inc.
individual defendant) (specially appearing for
purposes of this stipulation)

**WILMER CUTLER PICKERING HALE & DORR LLP**

Joanne Monteavaro
*(joanne.monteavaro@wilmerhale.com)*
399 Park Avenue
New York, NY 10022
Tel.: (212) 230-8800

*Attorneys for* George H. Conrades, Robert
Ball, III, Terrance McGuire, Timothy Weller,
and Todd Dagres (Akamai Technologies, Inc.
individual defendants)

**WILSON SONSINI GOODRICH & ROSATI**

Nina F. Locker *(nlocker@wsgr.com)*
Cynthia A. Dy *(cdy@wsgr.com)*
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel.: (650) 493-9300

*Attorneys for* Brian M. Nesmith and Michael J.
Johnson (Cacheflow, Inc. individual defendants);
Douglas S. Sinclair, John P. Bantleman, and
Kenneth J. Bozzini (Evolve Software, Inc.
individual defendants); Daniel Chen, Richard H.
Forte, and Timothy A. Rogers (Integrated
Telecom Express, Inc. individual defendants);
Ronald Croen (Nuance Communications, Inc.
individual defendant); and Fred L. Brown
(Xcare.net, Inc. individual defendant)

SO ORDERED,

Shira A. Scheindlin, U.S.D.J.

1/22/09

**ROPES & GRAY LLP**

John P. Bueker *(john.bueker@ropesgray.com)*
Randall W. Bodner
*(randall.bodner@ropesgray.com)*
One International Place
Boston, MA 02110-2624
Tel.: (617) 951-7951

*Attorneys for* Paul Walker and Richard Smith
(SMTC Corporation individual defendants)

**WILMER CUTLER PICKERING HALE & DORR LLP**

Joanne Monteavaro
*(joanne.monteavaro@wilmerhale.com)*
399 Park Avenue
New York, NY 10022
Tel.: (212) 230-8800

*Attorneys for* George H. Conrades, Robert
Ball, III, Terrance McGuire, Timothy Weller,
and Todd Dagres (Akamai Technologies, Inc.
individual defendants)

**SHEARMAN & STERLING LLP**

Justin S. Chang *(jchang@shearman.com)*
Jeffrey S. Facter *(jfacter@shearman.com)*
525 Market Street, 15th Floor
San Francisco, CA 94105
Tel.: (415) 616-1100

*Attorneys for* Edward Kinsey (Ariba, Inc.
individual defendant) (specially appearing for
purposes of this stipulation)

**WILSON SONSINI GOODRICH & ROSATI**

Nina F. Locker *(nlocker@wsgr.com)*
Cynthia A. Dy *(cdy@wsgr.com)*
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel.: (650) 493-9300

*Attorneys for* Brian M. Nesmith and Michael J.
Johnson (Cacheflow, Inc. individual defendants);
Douglas S. Sinclair, John P. Bantleman, and
Kenneth J. Bozzini (Evolve Software, Inc.
individual defendants); Daniel Chen, Richard H.
Forte, and Timothy A. Rogers (Integrated
Telecom Express, Inc. individual defendants);
Ronald Croen (Nuance Communications, Inc.
individual defendant); and Fred L. Brown
(Xcare.net, Inc. individual defendant)

SO ORDERED:

Shira A. Scheindlin, U.S.D.J.

1/22/0.9

**ROPES & GRAY LLP**                    **SHEARMAN & STERLING LLP**

---

John P. Bueker *(john.bueker@ropesgray.com)*   Justin S. Chang *(jchang@shearman.com)*
Randall W. Bodner                               Jeffrey S. Facter *(jfacter@shearman.com)*
*(randall.bodner@ropesgray.com)*                525 Market Street, 15th Floor
One International Place                          San Francisco, CA  94105
Boston, MA 02110-2624                            Tel.: (415) 616-1100
Tel.: (617) 951-7951

                                                *Attorneys for* Edward Kinsey (Ariba, Inc.
*Attorneys for* Paul Walker and Richard Smith   individual defendant) (specially appearing for
(SMTC Corporation individual defendants)        purposes of this stipulation)


**WILMER CUTLER PICKERING HALE &**      **WILSON SONSINI GOODRICH & ROSATI**
**DORR LLP**

---

Joanne Monteavaro                               Nina F. Locker *(nlocker@wsgr.com)*
*(joanne.monteavaro@wilmerhale.com)*            Cynthia A. Dy *(cdy@wsgr.com)*
399 Park Avenue                                 650 Page Mill Road
New York, NY  10022                             Palo Alto, CA  94304-1050
Tel.: (212) 230-8800                            Tel.: (650) 493-9300

                                                *Attorneys for* Brian M. Nesmith and Michael J.
*Attorneys for* George H. Conrades, Robert      Johnson (Cacheflow, Inc. individual defendants);
Ball, III, Terrance McGuire, Timothy Weller,    Douglas S. Sinclair, John P. Bantleman, and
and Todd Dagres (Akamai Technologies, Inc.      Kenneth J. Bozzini (Evolve Software, Inc.
individual defendants)                          individual defendants); Daniel Chen, Richard H.
                                                Forte, and Timothy A. Rogers (Integrated
                                                Telecom Express, Inc. individual defendants);
                                                Ronald Croen (Nuance Communications, Inc.
                                                individual defendant); and Fred L. Brown
                                                (Xcare.net, Inc. individual defendant)

.

SO ORDERED:

Shira A. Scheindlin, U.S.D.J.

1/22/09

**ROPES & GRAY LLP**

**SHEARMAN & STERLING LLP**

---

John P. Bueker *(john.bueker@ropesgray.com)*
Randall W. Bodner
*(randall.bodner@ropesgray.com)*
One International Place
Boston, MA 02110-2624
Tel.: (617) 951-7951

*Attorneys for* Paul Walker and Richard Smith
(SMTC Corporation individual defendants)

---

Justin S. Chang *(jchang@shearman.com)*
Jeffrey S. Facter *(jfacter@shearman.com)*
525 Market Street, 15th Floor
San Francisco, CA 94105
Tel.: (415) 616-1100

*Attorneys for* Edward Kinsey (Ariba, Inc.
individual defendant) (specially appearing for
purposes of this stipulation)

**WILMER CUTLER PICKERING HALE & DORR LLP**

**WILSON SONSINI GOODRICH & ROSATI**

---

Joanne Monteavaro
*(joanne.monteavaro@wilmerhale.com)*
399 Park Avenue
New York, NY 10022
Tel.: (212) 230-8800

*Attorneys for* George H. Conrades, Robert
Ball, III, Terrance McGuire, Timothy Weller,
and Todd Dagres (Akamai Technologies, Inc.
individual defendants)

---

Nina F. Locker *(nlocker@wsgr.com)*
Cynthia A. Dy *(cdy@wsgr.com)*
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel.: (650) 493-9300

*Attorneys for* Brian M. Nesmith and Michael J.
Johnson (Cacheflow, Inc. individual defendants);
Douglas S. Sinclair, John P. Bantleman, and
Kenneth J. Bozzini (Evolve Software, Inc.
individual defendants); Daniel Chen, Richard H.
Forte, and Timothy A. Rogers (Integrated
Telecom Express, Inc. individual defendants);
Ronald Croen (Nuance Communications, Inc.
individual defendant); and Fred L. Brown
(Xcare.net, Inc. individual defendant)

SO ORDERED

Shira A. Scheindlin, U.S.D.J.

1/22/09

# EXHIBIT A

## SECOND ADDENDUM TO RESERVATION OF RIGHTS AND TOLLING AGREEMENT

The undersigned counsel for the plaintiffs, on the one hand, and the undersigned individual defendants, or counsel to the individual defendants, on the other hand (each individually a "Party" and collectively the "Parties"), hereby agree as follows:

Whereas, the Parties executed a Reservation of Rights and Tolling Agreement ("Tolling Agreement"), dated as of July 20, 2002, as amended by the Addendum to Reservation of Rights and Tolling Agreement ("First Addendum to the Tolling Agreement"); and

Whereas, the Tolling Agreement and the First Addendum to the Tolling Agreement will expire on or about September 26, 2007; and

Whereas, the Parties desire to preserve the status quo as of the effective date of this agreement and further extend the termination date of the Tolling Agreement and the First Addendum to the Tolling Agreement:

IT IS HEREBY AGREED that:

Paragraph 1 of the Tolling Agreement is amended to read:

"1. The effective date of this Reservation of Rights and Tolling Agreement ("Tolling Agreement") is August 2, 2007 (the "Effective Date")."

Paragraph 4 of the Tolling Agreement is amended to read:

"4. The statute of limitations, or any similar limitations period, and any other defense in law or equity relating to the passage of time as in effect on the Effective Date of this Tolling Agreement are tolled with respect to claims that constitute interrelated wrongful acts (as such term or a similar term is defined in the relevant insurance policy of the Party's primary carrier) with regard to the facts and issues alleged in the case captioned *In re: Initial Public Offering Securities Litigation, 21 MC 92 (SAS)* (the "IPO Actions"), that any Party may have or bring

1

against another Party, including members of the putative class set forth in the amended complaint in the IPO action in which such Parties are named, from the Effective Date of this Tolling Agreement through and including the earlier of:

      (a) 30 days after the date of termination of this Tolling Agreement; or

      (b) August 27, 2010.

Because the Parties have agreed that the Effective Date of this Tolling Agreement is August 2, 2007, the applicable statute of limitations for the claims currently asserted in the IPO Actions shall be the statute of limitations for such claims as they are in effect as of the Effective Date of this Tolling Agreement, and not any subsequently amended statute of limitations period."

      Paragraph 7 of the Tolling Agreement is amended to read:

      "7. Nothing in this Tolling Agreement shall have the effect of reviving any claims that are otherwise barred by any statute of limitations or similar rule of law or equity prior to the Effective Date."

      Paragraph 13 of the Tolling Agreement is amended to read:

      "13. This Tolling Agreement may be terminated by any Party. The termination shall be effective upon the later of delivery of a written notice of termination from any Party addressed to Counsel for the other Party or the posting of such notice on LexisNexis File and Serve. Pursuant to Paragraph 4 above, the statute of limitations, or similar limitation periods, and any other defense relating to the passage of time shall be tolled until 30 days after the effective date of termination. Notice of termination provided hereunder shall be posted on LexisNexis File and Serve and sent by facsimile or overnight delivery to the following persons at the addresses set out below:

2

If to the Individual Defendants:

Morrison & Foerster LLP
Attn: Jack C. Auspitz, Esq.
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 468-8000
Fax: (212) 468-7900

If to the Plaintiffs:

Milberg Weiss LLP
Attn: Melvyn I. Weiss, Esq.
One Pennsylvania Plaza
New York, NY 10119-0165
Tel: (212) 594-5300
Fax: (212) 868-1229

       and

Bernstein Liebhard & Lifshitz, LLP
Attn: Stanley D. Bernstein, Esq.
10 East 40th Street, 22nd Floor
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218"

Paragraph 15 of the Tolling Agreement is amended to read:

"15. This Tolling Agreement shall not be deemed to be an acceptance of service or waiver

of any rights, claims or defenses which any Party may have, and which the Parties expressly

reserve, with respect to past or future efforts to serve, except as follows:

(a) The Parties agree that where multiple complaints were filed with respect

to a particular Party, proper service of one such complaint upon that Party shall be deemed proper

service of all such complaints against that Party; and

(b) If any plaintiff seeks to recommence litigation pursuant to this Tolling

Agreement against a dismissed Party, that plaintiff need not re-serve the summons or complaint

upon that Party, but may rest upon any prior efforts to serve that Party, subject to whatever rights,

3

claims, or defenses that Party may have with regard to the prior service, but plaintiff shall post on

LexisNexis File and Serve a notice of recommencement of the IPO Action or any of the tolled

claims against such dismissed Party."

The signatories to this Second Addendum to Reservation of Rights and Tolling

Agreement ("Second Addendum to the Tolling Agreement") represent and warrant that they have

the authority to bind the Parties on whose behalf they are executing this Second Addendum to the

Tolling Agreement.

Dated: _____, 2007

<div style="margin-left:50%">

By: _____
Individual Defendant or Counsel for
the Individual Defendant

</div>

Dated: _____, 2007

<div style="margin-left:50%">

By: _____
Plaintiffs Executive Committee
Member
On behalf of plaintiff on behalf of
himself and all others similarly
situated

</div>

4

## SCHEDULE 1 OF INDIVIDUAL DEFENDANTS

| ISSUER | DOCKET NO. | INDIVIDUAL DEFENDANT |
|---|---|---|
| Accelerated Networks, Inc. | 01 Civ. 5644 | Anthony T. Maher |
| | | Lip-Bu Tan |
| | | |
| AirNet Communications Corp. | 01 Civ. 10161 | Lee Hamilton |
| | | |
| Airspan Networks, Inc. | 01 Civ. 6747 | Eric D. Stonestrom |
| | | |
| Akamai Technologies, Inc. | 01 Civ. 6000 | George H. Conrades |
| | | Robert Ball, III |
| | | Terrance McGuire |
| | | Timothy Weller |
| | | Todd Dagres |
| | | |
| Ariba, Inc. | 01 Civ. 2359 | Edward Kinsey |
| | | |
| Autoweb.com | 01 Civ. 3360 | Mark R. Ross |
| | | |
| Avantgo Inc. | 01 Civ. 9618 | Felix Lin |
| | | |
| Cacheflow, Inc. | 01 Civ. 5143 | Brian M. NeSmith |
| | | Michael J. Johnson |
| | | |
| Clarent Corp. | 01 Civ. 6322 | Richard Heaps |
| | | |
| Drugstore.com, Inc. | 01 Civ. 5838 | Howard Schultz |
| | | |
| Equinix, Inc. | 01 Civ. 7002 | Andrew S. Rachleff |
| | | |
| | | |
| Evolve Software, Inc. | 01 Civ. 9800 | Douglas S. Sinclair |
| | | John P. Bantleman |
| | | Kenneth J. Bozzini |
| | | |
| FlashNet Comm., Inc. | 01 Civ. 10738 | Michael Scott Leslie |
| | | |
| iManage, Inc. | 01 Civ. 6277 | Mark Culhane |
| | | |
| Integrated Information Systems, Inc. | 01 Civ. 6120 | Daniel Roche |
| | | |
| Integrated Telecom Express, Inc. | 01 Civ. 10108 | Daniel Chen |
| | | Richard H. Forte |
| | | Timothy A. Rogers |
| | | |
| Lante Corporation | 01 Civ. 7046 | John Oltman |
| | | Mark Tebbe |
| | | |
| Marketwatch.com, Inc. | 01 Civ. 3225 | Alan J. Hirschfield |
| | | Allan R. Tessler |
| | | Mark F. Imperiale |
| | | |

**SCHEDULE 1 OF INDIVIDUAL DEFENDANTS**

| ISSUER | DOCKET NO. | INDIVIDUAL DEFENDANT |
| --- | --- | --- |
| MCK Communications, Inc. | 01 Civ. 11230 | Steven Benson |
| | | Paul K. Zurlo |
| | | |
| Metawave Communications Corp. | 01 Civ. 9799 | Douglas O. Reudink |
| | | |
| Multex | 01 Civ. 3910 | Lennert J. Leader |
| | | Philip Callaghan |
| | | Philip Scheps |
| | | |
| Nuance Communications, Inc. | 01 Civ. 7344 | Ronald Croen |
| | | |
| Optio Software, Inc. | 01 Civ 10051 | C. Wayne Cape |
| | | F. Barron Hughes |
| | | |
| PurchasePro.com, Inc. | 01 Civ. 10867 | Richard C. St. Peter |
| | | |
| Repeater Technologies, Inc. | 01 Civ. 10140 | Chris Branscum |
| | | Kenneth Kenitzer |
| | | Timothy Marcotte |
| | | |
| SmartDisk Corporation | 01 Civ. 6870 | Addison Fischer |
| | | Michael S. Battaglia |
| | | |
| Spanish Broadcasting System, Inc. | 01 Civ. 10753 | Raul Alarcon, Jr. |
| | | Pablo Raul Alarcon, Sr. |
| | | Joseph A. Garcia |
| | | |
| Starmedia | 01 Civ. 6846 | Fernando J. Espuelas |
| | | Jack C. Chen |
| | | Steven J. Heller |
| | | |
| SMTC Corp. | 01 Civ. 10838 | Paul Walker |
| | | Richard Smith |
| | | |
| Tenfold Corporation | 01 Civ. 9797 | Gary D. Kennedy |
| | | |
| The Globe.com, Inc. | 01 Civ. 7247 | Edgard A. Cespedes |
| | | Stephan J. Paternot |
| | | |
| Tickets.com, Inc. | 01 Civ. 6008 | C. Ian S.M.-Smith |
| | | Michael R. Rodrigues |
| | | Nicholas E. Sinacori |
| | | |
| Viador, Inc. | 01 Civ. 10040 | Raja H. Venkatesh |
| | | |
| Xcare.net, Inc. | 01 Civ. 10075 | Fred L. Brown |

## SCHEDULE 2 OF INDIVIDUAL DEFENDANTS

| ISSUER | DOCKET NO. | INDIVIDUAL DEFENDANT |
|---|---|---|
| Click Commerce, Inc. | 01 Civ. 11234 | Michael W. Ferro, Jr. |
| | | Rebecca S. Maskey |
| | | |
| Metasolv Software, Inc. | 01 Civ. 9651 | Glenn A. Etherington |
| | | James P. Janicki |